AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Colleen Roche,<br>*Plaintiff*<br>v.<br>JS 276, LLC, MN 276, LLC, SM 276, LLC, MB 276, LLC,<br>ES 276, LLC, SB 276, LLC and Kaiten Zushi Nomad LLC,<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 1:24-cv-07794<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  SEE RIDER ON FOLLOWING PAGE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Hanski, Esq.
Hanski Partners LLC
85 Delancey Street
New York, NY  10002
rgh@disabilityrightsny.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: October 15, 2024                              /S/  S. James
                                                    *Signature of Clerk or Deputy Clerk*



RIDER TO PROPOSED SUMMONS

The following are the names and service addresses of the defendants for the Proposed Summons.

JS 276, LLC
175 GREAT NECK ROAD
GREAT NECK, NY, UNITED STATES, 10021

MN 276, LLC
C/O CLUES
1400 BROADWAY, ROOM #805
NEW YORK, NY, UNITED STATES, 10018

SM 276, LLC
185 GREAT NECK RD, STE 250
GREAT NECK, NY, UNITED STATES, 10021

MB 276, LLC
175 GREAT NECK ROAD
GREAT NECK, NY, UNITED STATES, 10021

ES 276, LLC
175 GREAT NECK ROAD
GREAT NECK, NY, UNITED STATES, 10021

SB 276, LLC
175 GREAT NECK ROAD
GREAT NECK, NY, UNITED STATES, 10021

KAITEN ZUSHI NOMAD LLC
ATT: KYUNG RAE KIM
276 5TH AVENUE
NEW YORK, NY, UNITED STATES, 10001