UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLLEEN ROCHE,

        Plaintiff,

-v-

JS 276, LLC, ET AL.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2025

**ORDER**

24-CV-7794 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated October 15, 2025, the Court directed the parties to submit a joint status report regarding the status, but not the substance, of their settlement efforts and proposing a new expert discovery deadline if no settlement is reached. ECF No. 55. On November 14, 2025, the parties filed their joint status report, stating that they continue to engage in settlement discussions, and requesting a further 30-day stay of the expert discovery deadlines. ECF No. 56.

As no settlement has been reported, the stay of expert discovery is hereby lifted. The deadline for the parties to complete all expert discovery is **January 15, 2026**. The parties should not assume that this deadline will be extended further.

By **December 15, 2025**, the parties are directed to file another joint status report regarding the status, but not the substance, of the parties' settlement efforts, and the status of expert discovery.

2

**SO ORDERED.**

Dated: November 17, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge