UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/16/2025_
```

COLLEEN ROCHE,

                Plaintiff,

        -v-

JS 276, LLC, ET AL.,

                Defendants.

**ORDER**

24-CV-7794 (JAV) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' December 15, 2025, status report. ECF No. 58. Therein, the parties request a 30-day extension of the expert discovery deadlines. By Order dated November 17, 2025, the Court advised the parties that they should not assume that the expert deadline would be extended further. ECF No. 57. The Court grants a final extension of the expert discovery deadline from January 15, 2026, to **January 30, 2026**. This deadline will not be extended further. If the parties are unable to finalize a settlement, this case must proceed.

**SO ORDERED.**

Dated: December 16, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge