UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

COLLEEN ROCHE,

                        Plaintiff,

      v.

JS 276, LLC, MN 276, LLC, SM 276, LLC, MB 276,
LLC, ES 276, LLC, SB 276, LLC AND KAITEN
ZUSHI NOMAD LLC,

                        Defendants.

-------------------------------------------------------------------x

Case No. 1:24-cv-07794

## ORDER OF DISMISSAL WITHOUT PREJUDICE
### PURSUANT TO RULE 41(a)(2)

**WHEREAS,** on May 15, 2026, Plaintiff requested that the Court reopen this action for the purpose of dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2);

**WHEREAS,** by Memo Endorsement dated May 19, 2026, the Court directed Plaintiff to submit a proposed Order of Dismissal without prejudice by May 26, 2026;

**NOW, THEREFORE,** upon Plaintiff's request and the Court's consideration thereof, it is hereby

**ORDERED** that Plaintiff's claims in this action against the defendants named in this action, JS 276, LLC, MN 276, LLC, SM 276, LLC, MB 276, LLC, ES 276, LLC, SB 276, LLC AND KAITEN ZUSHI NOMAD LLC, are dismissed *without prejudice,* pursuant to Federal Rule of Civil Procedure 41(a)(2).

      **SO ORDERED.**

Dated:  May 26, 2026
         New York, New York

_____
The Honorable Jeannette A. Vargas
United States District Judge